# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **GEORGE PANZECA, JR.** | * | **CIVIL ACTION NO. 23-cv-4087** |
| | * | |
| **VERSUS** | * | **JUDGE ELDON E. FALLON** |
| | * | |
| **SAFEPORT INSURANCE COMPANY** | * | **MAG. JANIS VAN MEERVELD** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Joint Motion to Dismiss be **GRANTED**, dismissing George Panzeca, Jr.'s claims against defendant, SafePort Insurance Company, with prejudice, each party to bear their own costs.

New Orleans, Louisiana, this 20th day of March, 2024.

_____
United States District Judge